**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7589**

IFEANYI ANYIM IKO,

Plaintiff - Appellant,

versus

BRIAN IRWIN, Sec. Chief; DAVID INKROTE, CO IV;
KELLY BASIL, CO IV; RUSSELL ZANG, CO II;
WALTER GARY HOWARD,

Defendants - Appellees.

On Petition for Rehearing with Suggestion for Rehearing in Banc

Submitted: September 29, 1998      Decided: October 13, 1998

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ifeanyi Anyim Iko, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Iko v. Irwin, No. CA-97-2082-DKC (D. Md. Aug. 20, 1997). We deny Appellant's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion for an evidentiary hearing is also denied.

DISMISSED